# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Kenneth Smith
                    Plaintiff,

v.                                              Case No.: 3:23−cv−50105
                                                Honorable Iain D. Johnston

Gary Wigman, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 7, 2024:

    MINUTE entry before the Honorable Lisa A. Jensen: Plaintiff's motion for leave to depose an incarcerated individual [170] is unopposed and granted. Plaintiff is given leave to depose third party witness Justin Houghtaling pursuant to Federal Rule of Civil Procedure 30(a)(2)(B). Mailed notice. (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.