**UN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| KENNETH SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:23-cv-50105 |
| | ) | |
| GARY WIGMAN, et al., | ) | Hon. Judge Iain D. Johnston |
| | ) | Hon. Mag. Margaret J. Schneider |
| Defendants. | ) | |

**CITY OF MCHENRY DEFENDANTS' UNOPPOSED MOTION TO EXTEND THE
DEADLINE TO FILE ALL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

NOW COME Defendants, the City of McHenry and Gary Wigman, Michael Kostecki, William Brogan, John Jones, Robert Lumbar, Daniel Kressig, Roger Pechous and Mary Lee Eschbach, (collectively, the "City of McHenry Defendants"), by and through one of their attorneys, DEBORAH ANNE OSTVIG of SCHAIN, BANKS, KENNY & SCHWARTZ, LTD., and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) present their Unopposed Motion to Extend the Deadline to File All Defendants' Motion for Summary Judgment and state as follows:

1. On April 13, 2026, this Court entered a briefing schedule on Defendants' anticipated motion for summary judgment, which included the deadline of May 11, 2026, for Defendants to file their opening brief. [DKT. No. 219.]

2. In the interim, counsel for the City of McHenry Defendants', Deborah A. Ostvig, has had several unexpected issues surface in other matters, including an expedited concurrent briefing schedule on a motion for judgment on the pleadings and a motion to dismiss recently entered by the court in *Alcorn et al v. Village of Glen Ellyn* 26-cv-00948 on April 27, 2026.

3.      As a result, on April 27, 2026, counsel for the City of McHenry Defendants, Deborah A. Ostvig, contacted Plaintiff's counsel and the other Defendants' counsel to determine if there was any opposition to extending the deadline for the Defendants to file their various summary judgment motions from May 11, 2026, to May 19, 2026. Attorneys for the Plaintiff do not oppose the motion to extend the filing deadline to May 19, 2026.

4.      The other Defendants' counsel indicated that they do not oppose the motion and would like the deadline to be applied to their motions as well.

5.      The parties will not be prejudiced by an extension of the summary judgment motion deadline.

WHEREFORE, Defendants, the City of McHenry and Gary Wigman, Michael Kostecki, William Brogan, John Jones, Robert Lumbar, Daniel Kressig, Roger Pechous and Mary Lee Eschbach respectfully request this Court grant their Unopposed Motion to Extend the Deadline to File All Defendants' Motion for Summary Judgment from May 11, 2026 to May 19, 2026:

> Respectfully submitted,
>
> CITY OF MCHENRY, GARY WIGMAN, MICHAEL KOSTECKI, WILLIAM BROGAN, JOHN JONES, ROBERT LUMBER, DANIEL KREASSIG, ROGER PECHOUS, and MARY LEE ESCHBACH
>
> By:   s/Deborah A. Ostvig
>             One of Their Attorneys

Michael E. Kujawa, ARDC# 6244621
Deborah A. Ostvig, ARDC# 6287031
Schain, Banks, Kenny & Schwartz, Ltd.
70 W. Madison Street, Suite 5300
Chicago, Illinois 60602
Phone: (312) 345-5700; Fax: (312) 345-5701
mkujawa@schainbanks.com
dostvig@schainbanks.com
K:\285 - Smith, Kenneth\Pleadings\Defs' Unopposed Motion To Extend MSJ Deadline.docx

2

## **CERTIFICATE OF SERVICE**

I, the undersigned, on oath, states that this certificate of service and the above listed document were filed on April 28, 2026, with the Clerk of the Court using CM/ECF system, which will send notification of such filings to all e-filing counsels of record in this case.

By: /s/Deborah A. Ostvig