**UN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| KENNETH SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:23-cv-50105 |
| | ) | |
| GARY WIGMAN, et al., | ) | Hon. Judge Iain D. Johnston |
| | ) | Hon. Mag. Margaret J. Schneider |
| Defendants. | ) | |

**DEFENDANTS' EXHIBITS REFERENCED IN STIPULATION OF THE PARTIES (DKT. 224)**

| Exhibit | Description |
|---|---|
| 1 | Incident Report Form & Investigative Continuation Reports |
| 2 | Interview & Written Statement- Eduardo Pardo |
| 3 | Pardo Interview (March 6, 2001) |
| 4 | Interview- Peter Dionel |
| 5 | Deposition Transcript- Donald Carlson |
| 6 | Investigative Continuation Report (Leticia Briseno) |
| 7 | Incident Report (MIAT Activated) |
| 8 | Interview- Kathie Rosenberg |
| 9 | Crime Scene Evidence Documentation |
| 10 | Deposition Transcript- Michael Brichetto |
| 11 | Neighborhood Canvass Documentation |
| 12 | Second Interview- Kathie Rosenberg |
| 13 | Interview- James Weisenberger |
| 14 | Interview- Jeremy Anderson |
| 15 | Interview- Kenneth Smith |
| 16 | Interview- Maria Carrera |
| 17 | Deposition Transcript & Written Statement- Justin Houghtaling |
| 18 | Interview- Justin Houghtaling |
| 19 | Interview- Fernando Luqueno |
| 20 | Interview- James Sitkoski |
| 21 | Initial Interview- Jennifer McMullan |
| 22 | Photo Array- Eduardo Pardo |
| 23 | Initial Interview- David Collett |
| 24 | Burrito Express Kitchen Processing Documentation |
| 25 | Re-Interview- Eduardo Pardo |
| 26 | Second Interview- James Sitkoski |
| 27 | MIAT Investigation- Susanne "Dallas" DeCicco and Russell "Rusty" Levand |

| Exhibit | Description |
| --- | --- |
| 28 | Interview- Raymond Werich |
| 29 | Rockford Forensic Science Laboratory- Cigarette Butt |
| 30 | LEADS Update- Pistol-Whipped |
| 31 | ISP Forensic Crime Lab Report of Bullet Fragment |
| 32 | DeCicco Group Cleared |
| 33 | Third Interview- Katherine Rosenberg |
| 34 | MIAT Interviews |
| 35 | MIAT LEADS |
| 36 | Deposition Transcript- Jeff Rhode |
| 37 | City of McHenry Defendants' Interviews |
| 38 | Meeting- Carrie Waters |
| 39 | Deposition Transcript- William Brogan |
| 40 | Deposition Transcript- John Jones |
| 41 | Deposition Transcript- James Waters |
| 42 | Deposition Transcript- Carrie Tesch (nee Waters) |
| 43 | Interview- Jennifer McMullan |
| 44 | Interview- Jennifer McMullan |
| 45 | Interview- Linda Johnson |
| 46 | Interview- Jennifer McMullan |
| 47 | Interview- Cally Brown |
| 48 | Interview & Polygraph- Jennifer McMullan |
| 49 | Written Statement- Jennifer McMullan |
| 50 | Interviews & Interrogations- Jennifer McMullan |
| 51 | Deposition Transcript- Gary Wigman |
| 52 | Transcript- Jennifer McMullan's Miranda Interrogation |
| 53 | Video Recording- Jennifer McMullan's Miranda Interrogation |
| 54 | Search of Jennifer McMullan's Bedroom Documentation |
| 55 | Criminal Charges Against Kenneth Smith, David Collett, Justin Houghtaling, and Jennifer McMullan Filed & Arrest Warrants Issued |
| 56 | Arrest Documentation- Kenneth Smith and David Collett |
| 57 | Attempted Arrest Documentation- Justin Houghtaling |
| 58 | Miranda Interrogation- David Collett |
| 59 | Deposition Transcript- Daniel Kreassig |
| 60 | Preliminary and Miranda Interviews- Kenneth Smith |
| 61 | Arrest Documentation- Justin Houghtaling |
| 62 | Miranda Interview- Justin Houghtaling |
| 63 | Waiver of Miranda Rights & Miranda Interview Transcript- Justin Houghtaling |
| 64 | Interview- Joshua Anderson |
| 65 | Written Statement- Janet Mallory |
| 66 | Interview- Tracy Wadkins |
| 67 | Polygraph Interview- David Collett |
| 68 | Extradition & Interview- Justin Houghtaling |
| 69 | Interview- Andrew Seekings |
| 70 | Grandy Jury Testimony- William Brogan |

| Exhibit | Description |
|---|---|
| 71 | Grand Jury Indictment |
| 72 | Deposition Transcript- Roger Daniel Trumble |
| 73 | Deposition Transcript- Edward Edens |
| 74 | Deposition Transcript- Adam Hiland |
| 75 | Jennifer McMullan Medication Conversation- Mary Lee Eschbach |
| 76 | Interview- Justin Houghtaling (November 2001) |
| 77 | Deposition Transcript- Thomas Carroll |
| 78 | Guilty Plea & Conviction- Justin Houghtaling |
| 79 | Guilty Plea & Conviction- David Collett |
| 80 | Vicky Brummett Phone Call/Meeting & Brummett Gun Recovery |
| 81 | Deposition Transcript- Charlene McCauley |
| 82 | Illinois State Police Crime Lab Testing- Brummett Gun |
| 83 | Post-Sentence Interview- David Collett |
| 84 | Jennifer McMullan Criminal Trial Appeals- Rule 23 Orders |
| 85 | Jennifer McMullan Criminal Trial Transcripts |
| 86 | Interview- Brittany Tyda |
| 87 | Brummett Gun Returned |
| 88 | Interview- Kelly Dombroski |
| 89 | Interview- Brittany Tyda |
| 90 | Interview- Susanne "Dallas" DeCicco |
| 91 | Kenneth E. Smith's Answer to State's Motion for Discovery File Stamped October 15, 2002 |
| 92 | Interview- Susanne "Dallas" DeCicco |
| 93 | Re-Examination Brummet Pistol |
| 94 | Deposition Transcript- Robert Beaderstadt |
| 95 | Criminal Trespass to Residence- David G. Brummett |
| 96 | Deposition Transcript- James Popovits |
| 97 | McHenry County Sheriff's Police Fax (03/12/03) |
| 98 | Examination of Brummett Gun By Wayne Hill Sr. |
| 99 | Formal Report of Expert Opinion- Wayne Hill Sr. |
| 100 | Kenneth E. Smith's Second Supplemental Answer to State's Motion for Discovery, File Stamped June 16, 2003 |
| 101 (Group) | Trial Transcripts- Kenneth Smith's First Trial (2003) |
| 102 | McHenry Police Department Investigative Continuation Report |
| 103 | Kenneth Smith Appeal Order (05/29/2013) |
| 104 | Kenneth Smith 2003 Trial- People's Exhibit List |
| 105 | Telephone Call- David Sternitzky |
| 106 | Anonymous Tip, Interview- Alicia Papp, & Interview- Adam Hiland |
| 107 | Blood Samples Submitted to Rockford Forensic Science Laboratory |
| 108 | DNA Testing- Rockford Forensic Science Laboratory |
| 109 | Interrogation- Susanne "Dallas" DeCicco |
| 110 (Group) | Interrogation Transcript & Videos- Susanne "Dallas" DeCicco |

| Exhibit | Description |
|---|---|
| 111 | Deposition Transcript- Douglas Vandermaiden |
| 112 | Illinois State Police Interview Transcript, Audio, & Video- Susanne “Dallas” DeCicco |
| 113 | Grand Jury Hearing Testimony- Susanne “Dallas” DeCicco |
| 114 | Interview- Jennifer McMullan |
| 115 | Interview- Frederick Wright |
| 116 | Jenner & Block Correspondence (09/14/2007) |
| 117 | Deposition Transcript- Kenneth Smith |
| 118 | Re-Interview- Fernando Luqueno |
| 119 | Interview- Luis Luqueno |
| 120 | Interview- Robert Schreiber |
| 121 | Documentation- Theft and Arson of Susanne “Dallas” DeCicco’s Car |
| 122 | Re-Interview- Jennifer McMullan |
| 123 | Re-Interview- Tracy Wadkins |
| 124 | Interview- Elizabeth Schwartz |
| 125 | Interview- Vicky Brummett |
| 126 | Evidence Resubmitted to Illinois State Police Crime Lab |
| 127 | Interview- Susanne “Dallas” DeCicco |
| 128 | Re-Interview- Eduardo Pardo |
| 129 | Interview- Linda Johnson |
| 130 | Interview- David Sternitzky |
| 131 | Trial Transcripts- Kenneth Smith’s Second Trial (2008) |
| 132 | Follow-Up Interview- Rebecca Anderson |
| 133 | Trial Transcripts- Kenneth Smith’s Third Trial (2012) |
| 134 | Kenneth Smith’s Petition for Certificate of Innocence Memornadum Decision and Order |
| 135 | Kenneth Smith’s Petition for Certificate of Innocence Appellate Court Order |