# McHenry Police Department

**Criminal Investigations Division**

| **Offense: HOMICIDE** | **RD# 01-2096** |
|---|---|
| **Case Name: Briseno, Raul** | **Date: 03-06-01** |

**March 28, 2001; 1335 hrs.**

**LEAD #37**

**Interview: Rosenberg, Katherine I. F/W DOB: Redacted**
**3716 Waukegan Rd., McHenry, IL 60050 815/363-9566**

On date and time of this report, R/I and Det. J. Jones spoke with Katherine Rosenberg at the McHenry Police Department. Det. Jones explained to Rosenberg why we needed to speak with her. In an attempt to verify exactly who was at the 3802 Waukegan Rd. address (Anderson residence) on the night of March 6, 2001, Rosenberg was shown several photographs of subjects. Rosenberg was shown photos of:

- David H. Collett DOB: Redacted
- Kenneth E. Smith DOB: Redacted
- James J. Weisenberger DOB: Redacted
- Justin K. Houghtaling DOB: Redacted

The above persons had been previously identified as being at the residence.

Rosenberg told R/I that when she arrived at the Anderson residence, K. Smith and J. Houghtaling were both at 3802 Waukegan Rd., McHenry. Within ten to fifteen minutes, D. Collett and J. Weisenberger arrived at the residence with beer. Also at the residence was a blond girl, 19 – 20 years old. Rosenberg said the girl was the girlfriend of K. Smith. The girl (FNU LNU) was said to be driving a white 4 - door car. (Note: K. Smith's girlfriend has been identified as Jennifer A. Johnson, aka – McMullen, DOB: Redacted 118 Woodland St., Round Lake Beach, IL 847-740-0610. She is also known to drive a white 4 – door, Pontiac Grand Am) Rosenberg said that she had met K. Smith in the past; he is a good friend of J. Weisenberger. Rosenberg said that she had never met D. Collett, J. Houghtaling or K. Smith's girlfriend before.

Det. Jones reminded Rosenberg that she had previously told investigators that she arrived at the Anderson residence at about 1930 hrs., March 6, 2001. Rosenberg said that she might have arrived a little bit later than 1930 hrs. Det. Jones had Rosenberg go over her whereabouts prior to her arrival at the Anderson residence.

Rosenberg said that she babysat at the Jones residence until approximately 1920 hrs. Rosenberg's father was then called to pick her up. Rosenberg's father arrived at about 1930 hrs., at which time they went to Jim Adam's Auto Body, 1811 W. Elm St., McHenry, IL to pick up one of the family cars that had body work done to it. Rosenberg arrived home at about 1945 hrs. She noticed the police activity in the area but did not yet realize what was going on. Rosenberg said she went into a tree house in her back yard to watch what was happening in the parking lot at the burrito store. Rosenberg said that her friend, Joshua Anderson, stopped by to ask her if she knew what was going on. As the two of them were talking, a police officer approached them to

Det. Sgt. William Brogan #1033 Lt. Gary Wigman #1013

ask if they had seen or heard anything. Neither she nor Joshua could give any information. After speaking to the officer, Rosenberg stopped back at her house and then went to the Anderson residence at about 2030 hrs.

R/I asked Rosenberg if she noticed anything unusual about the demeanor of any of the subjects she met at the Anderson residence on March 6, 2001. Rosenberg said that everyone seemed to be acting normal. All were sitting around, talking and watching TV when she arrived. One of the subjects, Justin Houghtaling, was playing with some type of gun. It should be noted that a cap gun was later discovered at the Anderson residence by MIAT investigators. The cap gun was shown to Rosenberg at that time. Rosenberg now states that the cap gun she was shown is the same gun that Houghtaling had on the night of March 6, 2001. Rosenberg said that she left the residence at about 2130 hrs and went directly home.

Det. Sgt. William Brogan #1033 Lt. Gary Wigman #1013

**City of McHenry Police Department**
Investigative Continuation Report

| | |
|---|---|
| Offense: Homicide/Attempt Armed Robbery | Case Number: **01-02096** |
| Case Name: BRISENO - Raul | Case Date: 06 MARCH'01 |

**INTERVIEW WITNESS: LA VERNE C. HAY DOB** Redacted
**APRIL 10TH 2001 4:30 P.M.**

Upon review of MIAT leads concerning the neighborhood canvass of Waukegan Road reporting investigator (R/I) at this time was unable to locate a canvass report for an interview of the resident located at 3718 WAUKEGAN ROAD. R/I accompanied by MIAT INVESTIGATOR RICHARD SOLARZ went to this residence. There we met with M/W, LAVERNE (Vern) C. HAY. I was familiar with MR. HAY recognizing him to previously reside at 3712 WAUKEGAN ROAD.

Upon questioning MR. HAY advised that he in fact had previously spoke with investigators concerning the BURRITO EXPRESS homicide. He was unable to provide a name of the investigators he spoke with. He stated that prior to MARCH 5th 2001 he did in fact reside at 3712 W. WAUKEGAN RD., the corner house at WAUKEGAN and 3rd STREET on the northwest corner. He stated that he moved to 3718 WAUKEGAN on SATURDAY and SUNDAY, MARCH 3rd and 4th of 2001.

The current residence of VERN HAY is located directly south of the center of the CENTURY PLAZA parking lot and slightly elevated. MR. HAY advised that at approximately 7:15 P.M. he was leaving his residence intending to walk to WHITE HEN PANTRY to obtain a cup of coffee. He exited a side exit of the home, which is located near center of the structure on the east side. As he exited the door he stated that he heard two loud "Pop" sounds coming from the north. As he looked north he saw a subject standing facing west near the center of the CENTURY PLAZA lot. He stated that the subject was on the east side of the snow bank covering the parking tire bumpers. HAY stated that he thought from the sound it was kids playing with cap guns.

HAY stated that after the two "pops" he saw the subject walk a little further west toward BURRITO EXPRESS. He stated that he then heard another "pop". HAY stated that he then saw a subject running east from the BURRITO EXPRESS toward MR. DON'S CLEANERS and lost sight of him. HAY could not be certain if the subject he first saw and the subject running were one in the same. He stated that from the distance he was viewing this event and the poor lighting he could not give physical or clothing descriptions. He did believe the subject/s were male. HAY stated that now that he knows what happened is confident the sounds he heard were gunshots.

***NOTE: It was later discovered that MIAT INV. JAMES ANDRIAKOS documented the information provided by MR. HAY however, at the time of this follow up interview the ANDRIAKOS report had not yet been transcribed. See ANDRIAKOS Supplement dated 03/07/2001 20:30hrs..***

#1013

Lt Gary R. Wigman #1013 Commander Support Services

# McHenry Police Department

## Criminal Investigations Division

| | |
|---|---|
| **Offense: HOMICIDE** | **RD# 01-2096** |
| **Case Name: Briseno, Raul** | **Date: 03-06-01** |

**<u>April 12, 2001; 1500 hrs.</u>**

**<u>LEAD #353</u>**

This report is in regards to the follow-up of lead #353, received from **Otis Lowrimore**, 2145 Cypress, McHenry, IL 60050 815-759-6130. Lowrimore felt that one of the composite sketches resembled an employee at the McHenry Applebee's Restaurant. The employee's name is "Scott", LKU.

On date and time of this report, Inv. John Jones along with reporting investigator, Det. Sgt. W. Brogan went to the Applebee's restaurant in McHenry. The manager of the restaurant gave us the address of 3615 W. Broad St., McHenry, IL as being Scott Haler's address. The manager stated that only one "Scott" worked at Applebee's.

At about 1515 hrs., date, Inv. Jones and R/I found **Scott L. Haler,** DOB: Redacted at 3615 W. Broad St., McHenry, IL. Haler was informed of the nature of this investigation and asked to account for his whereabouts on the night of March 6, 2001 at about 1920 hrs. Haler said that he was off work that night since it was his birthday. He and several friends were either at his residence or at the Palace Bowling Alley, McHenry, IL. He gave several names of people whom he had been with from about 1700 hrs. and throughout the night. Haler said he was never at the Burrito Express.

One of these persons was **Chrissy M. Mann,** DOB: Redacted 3516 W. Broad St., McHenry, IL, a roommate of Haler. Mann corroborated the fact that she was with Haler all night, either at their residence or at the Palace Bowling Alley in McHenry. R/I asked Mann if they ever went to the Burrito Express. Mann said that she has never been to the Burrito Express. She said that Haler did not go to the Burrito Express on the night of the murder. Mann said the date was easily recalled because it was Haler's birthday and they were shocked to hear about the murder.

No further information.

Det. Sgt. William Brogan #1033

Lt. Gary Wigman #1013 #1013

**McHenry Police Department**
**Criminal Investigations Division**

| | |
|---|---|
| **Offense: HOMICIDE** | **RD# 01-2096** |
| **Case Name: Briseno, Raul** | **Date: 03-06-01** |

**<u>April 19, 2001; 1325 hrs.</u>**

**<u>LEAD #392</u>**

Two suspects were developed through LEAD #392. The caller gave the names of Brad and Andy Kraemer as looking like the composites of the suspects. The caller stated that Brad had been known to have a gun. It was also learned that both Brad and Andy were now in custody at the McHenry County Correctional Facility in Woodstock, IL on drug charges stemming from a North Central Narcotics Task Force arrest. Both have been in custody since March 9, 2001. On date and time of this report, Inv. John Jones and Sgt. William Brogan interviewed both Brad and Andy at the Detective's office of the McHenry County Sheriff's Department.

Interview: Kraemer, Bradley T. DOB: Redacted
Lka: 1311 Behan Rd., Crystal Lake, IL 60014

Time: 1325 hrs.
Date: April 19, 2001

After explaining the nature of the investigation to Brad, he was read his rights per Miranda by Det. Jones. Brad said that he would be willing to speak to us about the murder, adding that he did not know anything.

Brad was asked why he was currently in custody. He said that he and his brother were arrested for selling liquid acid and one pound of cannabis. Brad admitted that he has previous arrests for several misdemeanors, i.e.; Possession of Cannabis, Criminal Damage to Property and Criminal Trespass to Property.

Brad was asked where he was living at the time of his arrest. He gave the address of 1501 N. Garland, Wauconda, IL. He lived there since July 2000. When asked the names of the people he was living with he gave the names: Jamie Andrew, m/w, age 18; Valerie Panoza, age 19; Ian Hansen, age 19; and Benjamin Hopper, age 18.

Det. Jones then questioned Brad about his involvement in the murder, asking why someone would call the police and say that he and Andy were involved. Brad stated, "I'll tell you right now, I had nothing to do with this! My brother was out of town. He got back the day we were arrested." When asked to account for his whereabouts on the night of March 6, 2001 at about 1930 hrs., Brad could not say exactly where he was. He said he was most likely at his mothers' house, waiting for his girlfriend to get off work. (Mothers name – Cathy Kraemer, tx – 815-356-0644.)

Brad was questioned for several more minutes. Brad was asked if his fingerprints or any other trace evidence would be found at Burrito Express in McHenry. Brad said that he has never been to the Burrito Express in McHenry, IL. Brad said that he never met Raul Briseno, the victim. He continued to deny knowledge of or involvement in the murder of Raul Briseno.

Det. Sgt. William Brogan #1033

Lt. Gary Wigman #1013

It appeared to R/I that Brad was being truthful in his statement that he has no knowledge of this incident.

The interview ended at 1355 hrs.

Interview: Kraemer, Andrew C. DOB: [redacted]
lka: 1311 Behan Rd., Crystal Lake, IL 60014

Time: 1405 hrs.
Date: April 19, 2001

After explaining the nature of the investigation to Andrew, he was read his rights per Miranda by R/I. Brad said that he would be willing to speak to us about the murder.

R/I asked Andrew why he was currently in jail. He said he was arrested on five felony counts of Delivery of a Controlled Substance. R/I asked Andrew if he recalled the date he was arrested. He said it was March 8, 2001, a Thursday. Andrew said he recalled this date because it was the same day he returned from working in Orland Park, IL over a three week period. R/I asked Andrew whom he worked for? He said the name of the company was Custom Log Construction out of Harvard, IL. Andrew gave the name of his boss as Steve Fox, owner of the company. Fox would verify that he was in Orland Park for three weeks, staying at the Comfort Inn on 159th St.

R/I asked Andrew if he had ever been to the Burrito Express in McHenry, IL. He said he had not. R/I asked Andrew why someone would give his name as a person involved in the homicide. He did not know. Andrew was adamant that he was not involved in killing anyone. He said that many people would verify that he was in Orland Park on March 6, 2001. Andrew said that not only would Steve Fox confirm his whereabouts, several co-workers would also vouch for him. One of the Co-workers is an Alexis Deleon – 815-455-6441.

At this point, Andrew said he did not want to talk with us any longer. He said he was not involved in this incident so he saw no point in continuing the conversation.

The interview ended at 1420 hrs.

R/I later contacted Custom Log Construction Company at 815-943-8328. I spoke with the wife of the owner and, office manager, **Cynthia A. Fox, DOB:** [redacted], **18707 Lincoln Rd., Harvard, IL 60033.** Mrs. Fox confirmed that Andrew was working in Orland Park, IL on March 6, 2001 and staying at the Comfort Inn with the rest of the work crew. The company paid for the rooms that the employee's stayed in.

R/I then contacted the Comfort Inn at 708-403-1100. It was verified that Custom Log Construction Company did have a work crew staying there on March 6, 2001.

Det. Sgt. William Brogan #1033

Lt. Gary Wigman #1013

# McHenry Police Department

## Criminal Investigations Division

| | |
|---|---|
| **Offense: HOMICIDE** | **RD# 01-2096** |
| **Case Name: Briseno, Raul** | **Date: 03-06-01** |

R/I also spoke with **Alexis P. DeLeon, DOB: [redacted] 1906 Page Pl., McHenry, IL 815-455-6441.** DeLeon confirmed that he was with Andrew on Tuesday night, March 6, 2001 in Orland Park, IL. They did not return to Crystal Lake and McHenry until Thursday, March 8, 2001.

It appeared to R/I that Andrew was being truthful about having no knowledge of this incident.

Det. Sgt. William Brogan #1033

Lt. Gary Wigman #1013

# CITY OF McHENRY POLICE DEPARTMENT

MIRANDA WARNINGS

## STATEMENT OF MIRANDA RIGHTS

DATE 4-19, 2001 TIME 1400 PM CASE NUMBER 01-2096

INCIDENT Homicide INTERVIEW LOCATION MCSO - Det's office

[AK] 1. You have the right to remain silent.

[AK] 2. Anything you say can and will be used against you in court.

[AK] 3. You have the right to talk to a lawyer and have him present with you while you are being questioned.

[AK] 4. If you cannot afford to hire a lawyer, one will be appointed to represent you before any questioning if you wish one.

[AK] 5. You can decide at any time to exercise these rights and not answer any questions or make any statements.

## WAIVER OF MIRANDA RIGHTS

I, Andrew Kraemer, have read the above statement of my rights, understand each of those rights, and having these rights in mind, I waive them and willingly make a statement.

SIGNATURE X [signature] WITNESS: [signature]

Parent if minor giving waiver: ____________ Relationship: ____________

## AUDIO/VIDEO RECORDING CONSENT

I hereby grant my permission that this interview be audio and visually recorded by the City of McHenry Police Department.

SIGNATURE X ____________ WITNESS: ____________

Mchenry Police Department/FORMS/Miranda/2000

# CITY OF McHENRY POLICE DEPARTMENT

MIRANDA WARNINGS

## STATEMENT OF MIRANDA RIGHTS

DATE 4-19, 2001 TIME 1:25 PM CASE NUMBER 01-2096

INCIDENT Homicide INTERVIEW LOCATION MCSO - Det's office

- [BK] 1. You have the right to remain silent.
- [BK] 2. Anything you say can and will be used against you in court.
- [BK] 3. You have the right to talk to a lawyer and have him present with you while you are being questioned.
- [BK] 4. If you cannot afford to hire a lawyer, one will be appointed to represent you before any questioning if you wish one.
- [BK] 5. You can decide at any time to exercise these rights and not answer any questions or make any statements.

## WAIVER OF MIRANDA RIGHTS

I, Brad Kraemer, have read the above statement of my rights, understand each of those rights, and having these rights in mind, I waive them and willingly make a statement.

SIGNATURE X [signature] WITNESS: [signature]

Parent if minor giving waiver: ______________ Relationship: ______________

## AUDIO/VIDEO RECORDING CONSENT

I hereby grant my permission that this interview be audio and visually recorded by the City of McHenry Police Department.

SIGNATURE X______________ WITNESS: ______________

# MCHENRY POLICE DEPARTMENT
## FIELD SUPPLEMENTAL REPORT

PAGE 1 OF 2

| 1. ORIGINAL OFFENSE | 2. DATE AND TIME OF THIS REPORT | 3. COMPLAINT NUMBER |
|---|---|---|
| HOMICIDE | 03/26/01 1600 HOURS | 03-06-01-02 |

4. VICTIM — ADDRESS

5. NARRATIVE

Lead #357 and 364.

On 04/20/01, I met with Assistant Superintendent Hat McCrystal in his office at Johnsburg High School. McCrystal was advised that I needed to speak to Gregg Swanson (M/W, Redacted 4807 Brorson Lane, McHenry, TX: 815-344-4416, student at Johnsburg High School) and Brandon Ayers M/W, Redacted, 518 West Broadway, McHenry, TX: 847-497-9638, student at Johnsburg High School), in reference to the Burrito Express incident. McCrystal stated that both boys were very good students and he would be surprised if they were involved in anything like this.

At 1020 hours, I spoke to Gregg Swanson in Mr. McCrystal's office. Also present was Mr. McCrystal.

After I introduced myself, I advised Swanson why I was there. In summary, but not verbatim, Swanson stated the following. During the week he goes to school until approximately 1145 hours. He is in an internship program with Intermatic and works there from 12:00 Noon until 4:30 PM, from work he goes home. Swanson stated, he usually doesn't do much after that, except eat, maybe watch TV and go to bed. I asked him if anyone else was home during the evenings. He advised his parents usually are, however, he could not remember the night of 03/06/01.

Swanson stated, he is in school drama and is going into the Army after he graduates. From there he plans on going to college to get a degree in Engineering.

At 1035 hours, I spoke to Brandon Ayers, also present was Mr. McCrystal. I introduced myself and advised why I wanted to speak to Ayers. In summary, but not verbatim, Ayers stated the following. On 03/06/01, he had drama tryouts until 6:30 PM. This was confirmed by Mr. McCrystal. After tryouts he went home and watched TV until approximately 7:00 PM. At 7:00 PM, the list of who made the play was to be posted at school. Ayers went to the school to check the list. He got home about 7:20 PM. His father was home when he arrived.

On 04/03/01, I spoke to Mr. James W. Ayers (M/W, Redacted 518 West Broadway, McHenry, TX: 847-497-9638), Brandon's father. He stated that he had gotten home just after 7:00 PM on 03/06/01. At approximately 7:15 to 7:20, Brandon came home from checking the drama tryout list.

6. STATUS — 7. DATE OF ORIGINAL REPORT

8. REPORTING OFFICER — 9. SUPERVISOR APPROVING Sgt. [signature] #102 — 10. REPORT REVIEWER

**McHenry Police Department**
**Criminal Investigations Division**

**HOMICIDE** | **Case No. 01-2096**
**VICTIM: BRISENO, RAUL** | **Date: 03-06-01**

**LEAD # 419**
**APRIL 24TH, 2001 @0950 HRS.**
**R/I, INV. R. PECHOUS #1029**

On the above date and time, I responded to the Good Shepard Hospital to meet with patient Crystal M. Morgan F/W, DOB Redacted The reason for this meeting was that Crystal reportedly mentioned to an attending E.R. physician, that she had information on the Burrito Express murder in McHenry.

In the course of this meeting Crystal told me how she had heard in school (Parkland Junior High) that the people responsible for the Burrito Express incident are "Pickles" Baker, and his brother "Barney". Crystal said she heard this several weeks ago. Crystal said this was all the information she had concerning Burrito Express, and said she cannot recall who she heard this from.

**NOTE:** Earlier/previous leads on the Baker brothers have been investigated.

**REF.:** Barney L. Baker AKA "Boo" M/W, DOB Redacted
Dylan M. Baker AKA "Pickles", M/W, DOB: Redacted

L.K.A. 1965 #206 Sheila St., Woodstock Il TX: 815/206-0787

Inv. R. Pechous #1029 | Sgt. William Brogan #1033

## McHenry Police Department
Criminal Investigations Division

HOMICIDE
VICTIM: BRISENO, RAUL

Case No. 01-2096
Date: 03-06-01

**LEAD # 419**
**APRIL 24TH, 2001 @0950 HRS.**
**R/I, INV. R. PECHOUS #1029**

On the above date and time, I responded to the Good Shepard Hospital to meet with patient Crystal M. Morgan F/W, DOB [redacted]. The reason for this meeting was that Crystal reportedly mentioned to an attending E.R. physician, that she had information on the Burrito Express murder in McHenry.

In the course of this meeting Crystal told me how she had heard in school (Parkland Junior High) that the people responsible for the Burrito Express incident are "Pickles" Baker, and his brother "Barney". Crystal said she heard this several weeks ago. Crystal said this was all the information she had concerning Burrito Express, and said she cannot recall who she heard this from.

**NOTE:** Earlier/previous leads on the Baker brothers have been investigated.

**REF.:** Barney L. Baker AKA "Boo" M/W, DOB: [redacted]
Dylan M. Baker AKA "Pickles", M/W, DOB: [redacted]

L.K.A. 1965 #206 Sheila St., Woodstock Il TX: 815/206-0787

Inv. R. Pechous #1029

Sgt. William Brogan #1033

# McHenry Police Department

**Criminal Investigation Division**

| | |
|---|---|
| Offense: Homicide | Case No: 01-02096 |
| Case Name: Raul Briseno | Date: 03-06-2001 |

**May 4, 2001 1500 hrs**

LEAD #424

**Interview with:**

**Maria Hawkins**
**1045 Mobile Ave. Apt #6**
**Lake Geneva, Wisconsin**
**DOB:** [redacted]
**(262) 348-0912**

On the above date and time I Inv. Eschbach along with Inv. Kreassig spoke with Maria Hawkins at the Walworth County Law Enforcement Center. Ms. Hawkins stated the following not verbatim. Ms. Hawkins stated that as she was waiting to fill out a restraining order against her husband, John Hawkins M/W DOB: [redacted], she noticed the composites of the murder suspects. Ms. Hawkins stated that she recognized one of the suspects as being a Jeremy Niedert M/W DOB [redacted]. Ms. Hawkins stated that Jeremy is 23yrs old and lives at 1808 Wooded Shore Wonder Lake.

Ms. Hawkins stated that Jeremy is a very close friend with her ex-husband, John Hawkins. Ms. Hawkins stated that when she first met Jeremy she was up north at a summer home. Ms. Hawkins stated that Jeremy has a large number of guns and likes to shoot them at targets while they are up north. Ms. Hawkins stated that Jeremy has several automatic rifles as well as several handguns. She stated that Jeremy stores several of his guns and large amounts of ammunition in a storage shed at McHenry Truck Lines in Spring Grove.

Ms. Hawkins stated that Jeremy is also very big into dealing and using Cocaine. She stated that Jeremy goes into Chicago every other day to pick up drugs or guns. I asked Ms. Hawkins if her ex-husband was using or dealing drugs, and Ms. Hawkins stated that she knew her ex-husband did not use drugs but very well may have been dealing drugs. Ms. Hawkins stated that her ex-husband does have several drug connections in Mexico. Ms. Hawkins stated that her ex-husband also has a lot Hispanic friends in the Woodstock and possibly the Wauconda area. I asked Ms. Hawkins if she had ever heard her husband talk about a Raul Briseno. She stated that he may have but she was unsure.

Ms. Hawkins stated that Jeremy usually works at the "Rusty Nail", a bar off Ringwood Road. She stated that Jeremy's father, Larry Niedert, owns the bar and he works for him sometimes. Ms. Hawkins stated that she is very afraid of Jeremy because of all the guns he has and that when she first went to his house in Wonder Lake he pointed a gun at her. Ms. Hawkins stated that Jeremy has also asked her if she has any

M. Eschbach #1051
Inv. Mary Lee Eschbach#1051

Deputy Chief G. Wigman

# McHenry Police Department
**Criminal Investigation Division**

| Offense: Homicide | Case No: 01-02096 |
|---|---|
| Case Name: Raul Briseno | Date: 03-06-2001 |

contacts in Brazil, her home country, where he could get guns or drugs. Ms. Hawkins stated that Jeremy has even gone as far as asking her to smuggle guns and drugs into the United Stated for him. She stated that Jeremy and John have shown her how to put them in her hair so they won't detect anything.

Ms. Hawkins stated that she has a photo of Jeremy and that she would send it to our police department. Ms. Hawkins stated that she is afraid of Jeremy and wanted to remain anonymous. She stated that she believes Jeremy would hurt her and her 2yr old daughter if they found out she was talking with the police.

M. Eschbach #1051

Inv. Mary Lee Eschbach#1051 Deputy Chief G. Wigman

WALWORTH COUNTY SHERIFF'S DEPARTMENT

CASE: DATE: 05/04/01 OFFICER: DANA NIGBOR

---

11:35 AM Approximate time, above date, Reporting Officer Lieutenant Dana NIGBOR was advised by the clerical staff at the front of the Law Enforcement Center that there was a woman there that believed she had some information on a possible suspect that McHenry City Police Department was looking for in connection to a homicide that occurred in their jurisdiction on March 6, 2001. Reporting Officer went to the front of the Sheriff's Department and made contact with Maria F. HAWKINS, female, white, Redacted, residing at 1045 Mobile Street, Apartment 6, Lake Geneva, home phone number 348-0912. She stated she recognized one of the suspects identified on the sheet here as suspect number 1. She believes that this subject resembles a gentleman by the name of Jeremy NIERGT and she believes that his date of birth is Redacted Redacted, which would make him about 23 years of age. She states she has known him for approximately four years. He does live in the City of McHenry, Illinois, and she met him through her ex-husband, John David HAWKINS, male, white, Redacted She states that her ex-husband John HAWKINS and NIERGT reside together on Johnstown Drive in McHenry, Illinois. She states she has the exact address at her home in Lake Geneva. Reporting Officer advised Maria that she had just gotten off the phone with an officer Merle ESCHBACH from the McHenry Police Department who wants to come to the Walworth County Sheriff's Department in the next few hours on this same date to interview a subject that is currently in our correctional facility reference to this homicide that they have. I immediately called Officer ESCHBACH at the McHenry Police Department and advised her of the information that I had and they were very interested in speaking with Maria HAWKINS. Maria stated that she could be contacted at her residence and in the next few hours, Reporting Officer will call her when the Detectives from McHenry Police Department are here at the Sheriff's Department and then she

CASE: DATE: 05/04/01 OFFICER: DANA NIGBOR

could give the Detectives the information that they need. She is frightened. She does not want Jeremy or her ex-husband John to know that she is giving this information. She also states that Jeremy and her ex-husband John both buy and sell guns. Jeremy has a very mean temper and Jeremy is involved in drugs. She said at one point, unknown when, he had threatened to kill his own mother. I am sure there will be more information to follow after the interview of Maria by the Detectives from the McHenry Police Department.

NIGBOR/9795:peg

**McHenry Police Department**
**Criminal Investigation Division**

**OFFENSE:HOMICIDE** **CASE NO. 01-2096**
**CASE NAME. BRISENO, RAUL** **DATE. 03-06-2001**

**JAMES H. MCCLOSE DOB:** [redacted]
**1350 N. GLEN CIRCLE APT. D, AURORA Il.**
**TX. (630) 897-9754**

**October 2, 2001 1955 HRS.**
On the above date and time I, Inv. John M. Jones, arrived at the McHenry County Correctional Center to speak with inmate, James H. McClose. Mr. McClose had advised McHenry County Correctional Officer Lt. Rebecca Sylvester that he had information regarding the murder at the Burrito Express involving Kenneth Smith.

Upon my arrival I was brought into an interview room, where I met with James McClose. The following is a summary of the interview of Mr. McClose, not verbatim. Mr. McClose stated that he was transferred to the McHenry Correctional facility from the Kane County Correctional Facility in May of 2001. He stated that he has been housed in the same pod as Kenneth Smith that entire time. He further stated that he is due to be transferred back to the Kane County Correctional Facility on October 5, 2001 and he felt he needed to tell someone what Kenneth Smith has been telling him. Mr. McClose stated that after about one month of incarceration with Kenneth Smith, Kenneth Smith started talking to him. He stated that Kenneth Smith usually would not talk about his case in front of any other inmate, besides him.

Mr. McClose stated that Kenneth Smith asked him one day in early June if he thought that they could convict him of shooting someone without the gun. Mr. McClose stated that he thought that they could. Mr. McClose stated that after that conversation Kenneth Smith would talk about his case to Mr. McClose regularly. Mr. McClose stated that Kenneth Smith stated to him that he and "David" really fucked up. I asked Mr. McClose if Kenneth Smith told him what he meant by "fucked up". Mr. McClose stated no that he just kept saying that he and David "fucked up". He further told him that he had worn a ski mask during the robbery and that his girlfriend's mother gave the ski mask that he wore during the robbery to the police. Mr. McClose stated that one day while they were talking Kenneth Smith told him that what he was arrested for is considered a "heinous crime" Mr. McClose asked him why it was considered a heinous crime. At that time Kenneth Smith told him that he not only shot the owner of the restaurant he also stabbed him on top of the head. Mr. McClose at this time pointed to the front portion of his head in the middle approximately one inch above his hairline. I asked him if that was where Kenneth Smith told him that he had stabbed the owner of the Burrito Express. Mr. McClose stated yes.

I asked Mr. McClose if Kenneth told him any of the details of the murder. Mr. McClose stated that Kenneth Smith's girlfriend drove them to the restaurant in a white Pontiac. He stated that a subject named Justin was also with them. He further stated that Kenneth Smith told the three subjects involved that if they were questioned by the police they were to say that they were at a house in McHenry getting drunk all day and that they went to a "club" called Cloud Nine later in the evening. I asked Mr. McClose if Kenneth Smith ever told him what he did with the gun after the murder. Mr. McClose stated that he did not. He stated that Kenneth Smith told him that it was a twenty two-caliber gun. And that he shot the

John m Jones 1044
Inv. John Jones #1044

#1013
Dep. Chief G. Wigman #1013

victim in the shoulder, but he never told him what he did with the gun. Mr. McClose stated that the last conversation that Kenneth Smith had with him regarding his murder case with around the end of July 2001.

At this time Mr. McClose could not think of any other information regarding this investigation and the interview ended.

I asked Mr. McClose why he was telling me this and what he thought he would be getting in return. Mr. McClose then stated that he did not want anything for giving me this information. He just thought that someone should know. He then said that he had done a lot of things in his life, but Kenneth Smith killed some guy that was just trying to run a business and he should not get away with it. Mr. McClose stated that he would be willing to testify in court that Kenneth Smith told him that he had killed the owner of the Burrito Express.

Mr. McClose stated that if he thought of anything else, or if Kenneth Smith talked to him again about the murder he would contact me.

John M Jones 1044
Inv. John Jones #1044

#1013
Dep. Chief. G. Wigman #1013

## McHenry Police Department

**Criminal Investigation Division**

**OFFENSE:HOMICIDE** — **CASE NO. 01-2096**
**CASE NAME. BRISENO, RAUL** — **DATE. 03-06-2001**

**JAMES H. MCCLOSE DOB:** Redacted
**1350 N. GLEN CIRCLE APT. D, AURORA IL.**
**TX. (630) 897-9754**

**<u>OCTOBER 17, 2001 2140 HRS.</u>**

On the above date and time I, Inv. John M. Jones, arrived at the McHenry County Correctional Center to speak with inmate, James H. McClose. Mr. McClose had advised correctional personal that he wished to speak with a McHenry Officer again regarding the murder at the Burrito Express restaurant involving Kenneth Smith.

Upon my arrival I was brought into an interview room where I met with James McClose. Mr. McClose informed me at that time that Kenneth Smith had spoken further with him regarding the murder of Raul Briseno, which occurred on March 6, 2001. Mr. McClose stated that on Saturday October 13, 2001 Kenneth Smith again talked to him about the above-mentioned murder. Mr. McClose stated that Kenneth Smith told him that one of Kenneth Smith's "boys" was having an affair with Raul Briseno's wife and that Raul's wife told this subject that Raul Briseno had a large amount of cocaine stored in the restaurant and that if this person would rob Raul Briseno of this cocaine he could make a lot of money selling it. Mr. McClose stated that he had no further information but that he would again make contact with me if Kenneth Smith talked about the murder anymore.

#1044

Inv. John Jones #1044

#1013

Dep. Chief. G. Wigman #1013